GEORGE C. FELTER, JR., RESPONDENT, v. THE BOARD OF ZONING ADJUSTMENT OF THE BOROUGH OF GLEN ROCK, APPELLANT.

Argued October 21, 1936—Decided January 22, 1937.

For the respondent, *Merritt Lane.*

For the appellant, *Winne & Banta.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, CASE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ.   13.

*For reversal*—None.